**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Benjamin E. Ahanonu
      <u>Debtor(s)</u>

BKY. NO. 14-00048 MDF

CHAPTER 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of VOLT Participation Trust 2011-NPL2, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6343

                                  Respectfully submitted,

                                  **/s/ Thomas Puleo**
                                  Thomas Puleo, Esquire
                                  James C. Warmbrodt, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 825-6306  FAX (215) 825-6406
                                  Attorney for Movant/Applicant