```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 14-00048-MDF
Benjamin E. Ahanonu                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CKovach    Page 1 of 1    Date Rcvd: Feb 14, 2017
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2017.
4797923        +Seneca Mortgage Servicing, LLC,    611 Jamison Road,    Elma, NY 14059,
               Seneca Mortgage Servicing, LLC,    611 Jamison Road,    Elma, NY 14059-9392

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2017 at the address(es) listed below:
         Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
         John Matthew Hyams    on behalf of Debtor Benjamin E. Ahanonu jmh@johnhyamslaw.com,
          jak@johnhyamslaw.com
         Joshua I Goldman    on behalf of Creditor    VOLT Participation Trust 2011-NPL2, by Caliber Home
          Loans, Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Marisa Myers Cohen    on behalf of Creditor    VOLT Participation Trust 2011-NPL2, by Caliber Home
          Loans, Inc., solely in its capacity as servicer Mcohen@mwc-law.com
         Nicole Bernadette LaBletta    on behalf of Creditor    Seneca Mortgage Servicing LLC as servicer
          for nlabletta@udren.com,    vbarber@udren.com
         Thomas I Puleo    on behalf of Creditor    VOLT Participation Trust 2011-NPL2, by Caliber Home
          Loans, Inc., solely in its capacity as servicer tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:14-bk-00048-MDF
Chapter 13

In re: Debtor(s) (including Name and Address)

Benjamin E. Ahanonu
499 Wenrich Street
Harrisburg PA 17112

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/10/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Seneca Mortgage Servicing, LLC, 611 Jamison Road, Elma, NY 14059, Seneca Mortgage Servicing, LLC, 611 Jamison Road, Elma, NY 14059 | U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS Nationstar Mortgage LLC PO Box 619096 Dallas, TX 75261-9741 U.S. BANK NATIONAL ASSOCIATION, NOT IN I Nationstar Mortgage LLC |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/16/17

Terrence S. Miller
**CLERK OF THE COURT**