UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BENJAMIN E. AHANONU

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

BENJAMIN E. AHANONU

    Respondent(s)

CHAPTER 13

CASE NO: 1-14-00048-MDF

## CERTIFICATION OF DEFAULT

AND NOW on February 17, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of February 17, 2017, the Debtor(s) is/are $11960.22 in arrears with a plan payment having last been made on Oct 26, 2016.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: February 17, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BENJAMIN E. AHANONU

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

BENJAMIN E. AHANONU

CHAPTER 13

CASE NO: 1-14-00048-MDF

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on February 17, 2017.

JOHN M HYAMS ESQUIRE
555 GETTYSBURG PIKE
STE C-402
MECHANICSBURG, PA 17055-

BENJAMIN E. AHANONU
499 WENRICH STREET
HARRISBURG, PA 17112

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: February 17, 2017