```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania

In re:                                                                   Case No. 14-00048-MDF
Benjamin E. Ahanonu                                                      Chapter 13
           Debtor              CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach              Page 1 of 2           Date Rcvd: Feb 23, 2017
                              Form ID: pdf010            Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
```
db             +Benjamin E. Ahanonu,    499 Wenrich Street,    Harrisburg, PA 17112-2399
4767568        +611 Jamison Road,    Elma, NY 14059-9392
4429549        +AES,   P.O. Box 2461,    Harrisburg, PA 17105-2461
4429548        +Account Recovery,    555 Van Reed Rd,    Wyomissing, PA 19610-1756
4463047         American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
4429551        +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
4429552        +Anne K. Fiorenza, Esq.,    Assistant U.S. Trustee,    228 Walnut Street, Room 320,
                 Harrisburg, PA 17101-1737
4429553       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX  79998)
4429555         Bureau of Account Management,    PO Box 8875,    Camp Hill, PA  17001-8875
4429556        +Bureau of Employer Tax Oper,    P.O. Box 68568,    Harrisburg, PA 17106-8568
4484242        +CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY, OKLAHOMA 73134-2500
4456891         ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
4429558        +Eastern College,    10 Friarview Drive,    St. Davis, PA 19087-3696
4429559        +Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
4429561        +Lower Paxton Sewer Authority,    425 Prince Street, Suite 139,    Harrisburg, PA 17109-2892
4429562        +McCabe Weisberg & Conway PC,    123 South Broad Street,    Suite 2080,
                 Philadelphia, PA 19109-1031
4429564        +Office of Attorney General,    Financial Enforcement Section,    Harrisburg, PA 17120-0001
4429565        +Office of the U.S. Trustee,    228 Walnut Street, Room 320,    Harrisburg, PA 17101-1737
4797922        +Seneca Mortgage Servicing, LLC,    611 Jamison Road,    Elma, NY 14059-9392
4797923        +Seneca Mortgage Servicing, LLC,    611 Jamison Road,    Elma, NY 14059,
                 Seneca Mortgage Servicing, LLC,    611 Jamison Road,    Elma, NY 14059-9392
4883391        +U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
4883392        +U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9741,    U.S. BANK NATIONAL ASSOCIATION, NOT IN I,
                 Nationstar Mortgage LLC 75261-9096
4429568        +U.S. Department of Justice,    P.O. Box 227,    Ben Franklin Station,   Washington, DC 20044-0227
4429569         United States Attorney,    P.O. Box 11754,    Harrisburg, PA  17108-1754
4429570        +Vericrest,   715 S Metropolitan,    Oklahoma City, OK 73108-2088
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4429550        +E-mail/Text: EBNProcessing@afni.com Feb 23 2017 18:53:20     Afni,   PO Box 3427,
                 Bloomington, IL 61702-3427
4429554        +E-mail/Text: banko@berkscredit.com Feb 23 2017 18:53:14     Berks Credit Collection,
                 PO Box 329,   Temple, PA 19560-0329
4429557        +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 23 2017 18:53:28
                 Credit Collection Service,    PO Box 9134,    Needham, MA 02494-9134
4454261        +E-mail/Text: BKRMailOps@weltman.com Feb 23 2017 18:53:20      FORD MOTOR CREDIT COMPANY LLC,
                 c/o Weltman Weinberg & Reis,    P.O. BOX 93784,    Cleveland, OH 44101-5784
4429560         E-mail/Text: cio.bncmail@irs.gov Feb 23 2017 18:53:12     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA  19101-7346
4431488         E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 23 2017 18:53:22      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
4488254         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 23 2017 18:52:50
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4429563        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 23 2017 18:53:18      Midland Funding,
                 8875 Aero Drive,   Suite 200,    San Diego, CA 92123-2255
4429566         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 23 2017 18:53:16      PA Department of Revenue,
                 Department 280946,    Attn: Bankruptcy Division,    Harrisburg, PA 17128-0946
4429567        +E-mail/Text: bankruptcynotices@abs-sca.com Feb 23 2017 18:53:28      SCA,   PO Box 910,
                 Edenton, NC 27932-0910
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, not in its individ
                                                                                TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:

```
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          John Matthew Hyams    on behalf of Debtor Benjamin E. Ahanonu jmh@johnhyamslaw.com,
           jak@johnhyamslaw.com
          Joshua I Goldman    on behalf of Creditor   VOLT Participation Trust 2011-NPL2, by Caliber Home
           Loans, Inc., solely in its capacity as servicer bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marisa Myers Cohen    on behalf of Creditor   VOLT Participation Trust 2011-NPL2, by Caliber Home
           Loans, Inc., solely in its capacity as servicer Mcohen@mwc-law.com
          Nicole Bernadette LaBletta    on behalf of Creditor   Seneca Mortgage Servicing LLC as servicer
           for nlabletta@udren.com, vbarber@udren.com
          Thomas I Puleo    on behalf of Creditor   VOLT Participation Trust 2011-NPL2, by Caliber Home
           Loans, Inc., solely in its capacity as servicer tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**BENJAMIN E AHANONU**

Debtor(s)

**CHARLES J DEHART III, TRUSTEE**
Movant(s)

vs.

**BENJAMIN E AHANONU**
Respondent(s)

Chapter: **13**

Case Number: **1-14-bk-00048-MDF**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

*Mary D France*
Bankruptcy Judge
(JG)

Dated: February 23, 2017

MDPA-Dismiss Case.WPT - REV 01/15